IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-128-D

| | |
|---|---|
| TAKISHA ADAMS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| REGIONAL CREDIT SOLUTIONS, INC.,<br>et al., | )<br>)<br>) |
| Defendants. | )<br>) |

On February 21, 2013, Takisha Adams ("plaintiff") filed this action against defendants Regional Credit Solutions, Inc. ("Regional"), William Scudder ("Scudder"), and Northern Resolution Group, LLC ("Northern") [D.E. 1]. On April 23, 2013, plaintiff moved for entry of default against each defendant [D.E. 10]. For the reasons stated, plaintiff's motion for entry of default is granted in part and denied in part [D.E. 10].

Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default against a party who "has failed to plead or otherwise defend." According to plaintiff, Northern was served with summons and the complaint on February 25, 2013 [D.E. 7], and service of process was perfected as to Scudder on March 4, 2013 [D.E. 8]. Northern and Scudder have failed to answer or otherwise respond to plaintiff's complaint. Accordingly, plaintiff's motion for entry of default against defendants William Scudder and Northern Resolution Group, LLC is GRANTED [D.E. 10].

As for Regional, plaintiff did not file a return of service or otherwise demonstrate that this defendant was served with summons and the complaint. Thus, plaintiff's motion for entry of default

against defendant Regional Credit Solutions, Inc. is DENIED [D.E. 10].

SO ORDERED. This 22nd day of May 2013.

_____
Julie A. Richards, Clerk of Court