UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Takisha Adams, | ) | CIVIL ACTION NO. |
| | ) | 5:13-cv-00128-D |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | PLAINTIFF'S MOTION FOR |
| Regional Credit Solutions, Inc., | ) | CLERK'S ENTRY OF DEFAULT |
| William Scudder, individually, and, | ) | AGAINST DEFENDANT |
| Northern Resolution Group, LLC, | ) | REGIONAL CREDIT |
| | ) | SOLUTIONS, INC. |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Plaintiff's Motion for Clerk's Entry of Default against Defendant Regional Credit Solutions, Inc. is hereby GRANTED. The Clerk is hereby directed to enter Default against Defendant Regional Credit Solutions, Inc.

DATED this 26th day of June, 2013.

_____
JULIE A. RICHARDS, CLERK