UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TAKISHA ADAMS, ) | CIVIL ACTION NO. |
| ) | 5:13-cv-00128-D |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| REGIONAL CREDIT SOLUTIONS, ) | |
| INC., WILLIAM SCUDDER, ) | |
| INDIVIDUALLY, AND, NORTHERN ) | |
| RESOLUTION GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's Motion for Default Judgment. For the reasons stated herein, Plaintiff's Motion is GRANTED.

On May 22, 2013, the Clerk entered Default against Defendants William Scudder, and, Northern Resolution Group, LLC. [Doc. 11]. On June 26, 2013, the Clerk entered Default against Defendant Regional Credit Solutions, Inc. [Doc. 14]. Defendants have not appeared in this action. The Complaint set out valid claims for statutory damages under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692(k)(2)(A), and the North Carolina Collection Agency Act ("NCCAA"), N.C. Gen. Stat. § 58-70-130(b). By virtue of the entry of Default, Defendants may not challenge any of the factual allegations supporting those claims. Plaintiff's motion is based on all the pleadings currently on file as well as the Clerk's Entry of Default.

Plaintiff's Motion requesting a Default Judgment in the amount of $5,210.25, representing statutory damages in the amount of $1,000.00, 15 U.S.C. § 1692(k)(a)(2)(A), $3,596.50 in attorneys' fees, and $613.75 for court costs in accordance with 15 U.S.C. §1692(k)(3) is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgment is GRANTED and that Plaintiff has judgment against Defendants in the amount of $5,210.25.

SO ORDERED. This **25** day of August 2013.

JAMES C. DEVER III
Chief United States District Judge