AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| TAKISHA ADAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) | **JUDGMENT** |
| REGIONAL CREDIT SOLUTIONS, INC., )<br>WILLIAM SCUDDER, individually, and )<br>NORTHERN RESOLUTION GROUP, LLC, )<br>)<br>Defendants. ) | **CASE NO. 5:13-CV-128-D** |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion for Default Judgment is GRANTED. Judgment is GRANTED and Plaintiff has judgment against Regional Credit Solutions, Inc., William Scudder, individually, and Northern Resolutions Group, LLC in the amount of $5,210.25.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>AUGUST 26, 2013</u> WITH A COPY TO:

Holly Elizabeth Dowd  (via CM/ECF electronic notification)


<u>August 26, 2013</u>                                   JULIE A. RICHARDS, Clerk
Date                                                              Eastern District of North Carolina

                                                                          <u>/s/ Debby Sawyer                     </u>
                                                                          (By) Deputy Clerk

Raleigh, North Carolina